UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

KIMBERLY MILLER, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS                    22-cv-1281 (JGK)
SIMILARLY SITUATED,

                                   ORDER

                              Plaintiffs,

        - against -

VENUS OVER MANHATTAN ART LLC,

                          Defendant.

————————————————————————————

JOHN G. KOELTL, District Judge:

    On April 17, 2022, the plaintiffs filed an affidavit of service indicating that the defendant's answer was due by March 22, 2022. The affidavit of service further indicates that the plaintiffs served the defendant at the New York Office of the Secretary of State.

    The plaintiffs are directed to mail a copy of this Order, the summons, and the complaint to the defendant's last known address. The plaintiffs are directed to file proof of service on the docket by April 26, 2022.

    The time for the defendant to respond to the plaintiffs' complaint is extended to May 13, 2022. If the defendant fails to respond to the plaintiffs' complaint by that date, the plaintiffs may seek a default judgment.

The conference scheduled for May 11, 2022, is canceled.

**SO ORDERED.**

Dated:       New York, New York
             April 19, 2022

                                        _____
                                              John G. Koeltl
                                        United States District Judge